

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**Gregory G. Ballard**
*Partner*

greg.ballard@dechert.com
+1 212 698 3540  Direct
+1 212 698 3599  Fax

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
March 23, 2026

March 23, 2026

**VIA ECF**

The Honorable Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 520
White Plains, New York 10601

Re:  ***Cori-Schubert De Cori, Trustee of the Cori-Schubert de Cori Revocable Trust, individually and on behalf of all others similarly situated, v. HASelect-Waterford LLC et al.,* No. 7:26-cv-01513**

Dear Judge Halpern:

On behalf of defendant Marcum LLP ("Marcum") in the above-captioned action, I submit this letter-motion to request the Court's approval of an agreed-upon extension. The complaint was served on Marcum on March 4, 2026, and the due date for Marcum's response would be March 25, 2026. I understand from plaintiffs' counsel that other defendants have not yet been served with the complaint. I have conferred with plaintiffs' counsel, who have agreed to an extension until May 19, 2026, for Marcum to answer, move, or otherwise respond to the complaint.

The requested extension affects no other scheduled dates in this action, and no such similar extension previously has been given. The parties reserve all rights and defenses, including jurisdictional defenses, and entry of the agreed-upon extension shall not impair or otherwise affect any such rights and/or defenses.

Sincerely,

Gregory G. Ballard

*Counsel for Defendant Marcum LLP*

CC:    All counsel of record (*via ECF*)