**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

CORI-SCHUBERT DE CORI, TRUSTEE OF THE      :
CORI-SCHUBERT DE CORI REVOCABLE TRUST,
individually and on behalf of all others similarly     :
situated,                                                        Case No.: 7:26-cv-01513-PMH
          Plaintiff,                                    :

    -vs.-                                                   :   **NOTICE OF APPEARANCE**

HASELECT-WATERFORD LLC, GRIFFIN            :
CAPITAL MANAGEMENT LLC, GRIFFIN ASSET
MANAGEMENT LLC, MICHAEL GRIFFIN, and      :
MARCUM LLP,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

      **PLEASE TAKE NOTICE** that Gregory G. Ballard of Dechert LLP, an attorney duly admitted

to practice before this Court, hereby enters his appearance as counsel in the above-captioned

action for Defendant Marcum LLP. The Clerk of this Court is respectfully requested to note this

appearance on the Court's docket and to forward copies of all entries, orders, notices, and other

Court documents in this proceeding to the undersigned counsel.

Dated: March 24, 2026                          Respectfully Submitted,

                        By:    */s/ Gregory G. Ballard*

                           Gregory G. Ballard
                           Dechert LLP
                           1095 Avenue of the Americas
                           New York, New York 10036
                           +1 (212) 698-3540
                           greg.ballard@dechert.com

                           *Counsel for Defendant Marcum LLP*