**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

CORI-SCHUBERT DE CORI, TRUSTEE OF THE :
CORI-SCHUBERT DE CORI REVOCABLE TRUST,
individually and on behalf of all others similarly :
situated,
         Plaintiff,                            Case No.: 7:26-cv-01513-PMH

                                     :

    -vs.-                             :  **CORPORATE DISCLOSURE**
                                        **STATEMENT PURSUANT TO**
HASELECT-WATERFORD LLC, GRIFFIN    :  **FRCP RULE 7.1**
CAPITAL MANAGEMENT LLC, GRIFFIN ASSET
MANAGEMENT LLC, MICHAEL GRIFFIN, and  :
MARCUM LLP,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT MARCUM LLP

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Marcum LLP

submits the following Corporate Disclosure Statement:

       No publicly held corporation owns 10% or more of its stock.

Dated: March 24, 2026             Respectfully Submitted,

                       By:    */s/*

                            Dechert LLP
                            Gregory G. Ballard
                            Priyadarshini Das
                            1095 Avenue of the Americas
                            New York, New York 10036
                            +1 (212) 698-3540
                            greg.ballard@dechert.com
                            priyadarshini.das@dechert.com

                            *Counsel for Defendant Marcum LLP*