UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORI-SCHUBERT DE CORI, TRUSTEE OF THE CORI-SCHUBERT DE CORI REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HASELECT-WATERFORD LLC, GRIFFIN CAPITAL MANAGEMENT LLC GRIFFIN ASSET MANAGEMENT LLC, MICHAEL GRIFFIN, and MARCUM LLP,<br><br>Defendants. | Docket No. Case No. 7:26-cv-01513 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Alexander Loftus hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Cori-Schubert De Cori Revocable Trust in the above-captioned action.

I am a member in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3. A Certificate of Good Standing from the Illinois Supreme Court is being filed herewith.

This motion is sponsored by Christopher J. Gray of the Law Office of Christopher J. Gray, P.C., who is admitted to practice before this Court.

Dated: April 4, 2026

Respectfully submitted,

/s/ *Alexander N. Loftus*
Alexander Loftus, Esq.
LOFTUS & EISENBERG, LTD.
181 W. Madison, Suite 4700
Chicago, Illinois 60601
Telephone: (312) 899-6625
Email: alex@loftusandeisenberg.com

Christopher J. Gray
60 East 42nd St 46th floor
New York, New York 10165
Ph: (212) 838-3221
chris@investorlawyers.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORI-SCHUBERT DE CORI, TRUSTEE OF THE CORI-SCHUBERT DE CORI REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HASELECT-WATERFORD LLC, GRIFFIN CAPITAL MANAGEMENT LLC GRIFFIN ASSET MANAGEMENT LLC, MICHAEL GRIFFIN, and MARCUM LLP,<br><br>Defendants. | Docket No. Case No. 7:26-cv-01513 |

### AFFIDAVIT OF ALEXANDER LOFTUS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Alexander Loftus, being duly sworn, deposes and says:

1.    I am an attorney at law duly admitted to practice in the State of Illinois. I submit this affidavit in support of my motion for admission to practice before the United States District Court for the Southern District of New York, Pro Hac Vice, in the above-captioned action.

2.    I am a member in good standing of the bar of the State of Illinois (ARDC No. 6303484). A Certificate of Good Standing from the Illinois Supreme Court is submitted herewith.

3.    I am the principal and sole owner of Loftus & Eisenberg, Ltd., 181 W. Madison, Suite 4700, Chicago, Illinois 60601. My telephone number is (312) 899-6625, and my email address is alex@loftusandeisenberg.com.

4.    I have never been convicted of a felony.

1 of 3

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me in any state or federal court.

7. I am familiar with the facts and circumstances of this action and am prepared to appear as counsel for Plaintiff Cori-Schubert De Cori Revocable Trust. This motion is sponsored by Christopher J. Gray of the Law Office of Christopher J. Gray, P.C., 60 East 42nd Street, 46th Floor, New York, New York 10165, who is admitted to practice before this Court.

_____ 5/20/26
        Alexander Loftus

2 of 3

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _____IL_____

County of _____Cook_____ } ss.

On this the __20th__ day of _____May_____, __2026__, before me,
Day      Month      Year

_____Wanda G. Pichardo_____ the undersigned Notary Public,
Name of Notary Public

personally appeared _____Alexander Loftus_____

Name(s) of Signer(s)

☐ personally known to me – OR –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_____Wanda G. Pichard. O._____
Signature of Notary Public

Official Seal
WANDA G PICHARDO
Notary Public, State of Illinois
Commission No. 598097
My Commission Expires June 25, 2028

*Place Notary Seal/Stamp Above*

_____6/25/28_____
*Any Other Required Information*
*(Printed Name of Notary, Expiration Date, etc.)*

──────────── OPTIONAL ────────────

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2023 National Notary Association

3 of 3

WP

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Alexander Nicholas Loftus

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State, has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/2010 and is in good standing, so far as the records of this office disclose

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of March, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

## CERTIFICATE OF SERVICE

I, Alexander N. Loftus, an attorney, hereby certify that on April 4, 2026, I electronically

May 20, 2026

transmitted the attached document via ECF to:

Gregory Gil Ballard
Priyadarshini Das
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212-698-3540
Email: Greg.Ballard@dechert.com
Email: priyadarshini.das@dechert.com

/s/ Alexander N. Loftus