UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

CORI-SCHUBERT DE CORI, TRUSTEE OF      :    Case No. 7:26-cv-01513 (PMH)
THE CORI-SCHUBERT DE CORI              :
REVOCABLE TRUST, individually and on   :
behalf of all others similarly situated, :
                                       :
                  Plaintiff,           :
                                       :
        v.                             :
                                       :
HASELECT-WATERFORD, LLC,               :
GRIFFIN CAPITAL MANAGEMENT LLC,        :
GRIFFIN ASSET MANAGEMENT LLC,          :
MICHAEL GRIFFIN, and                   :
MARCUM LLP,                            :
                                       :
                  Defendants.          :

-------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the following Defendants: HASELECT-WATERFORD, LLC; GRIFFIN CAPITAL MANAGEMENT LLC; GRIFFIN ASSET MANAGEMENT LLC; and MICHAEL GRIFFIN.

I am in good standing with the Bar of the State of New York.

Dated: June 2, 2026

By:    _____
       Kevin J. Lennon, Esq.
       LENNON, MURPHY & PHILLIPS, LLC
       The Graybar Building
       420 Lexington Ave., Suite 300
       New York, New York 10170
       Phone: (212) 490-6050
       Fax:    (212) 490-6070
       Email: klennon@lmplaw.net

4898-1560-3889, v. 1