UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CORI-SCHUBERT DE CORI, TRUSTEE OF
THE CORI-SCHUBERT DE CORI
REVOCABLE TRUST, individually and on
behalf of all others similarly situated,

                     Plaintiff,

    v.

HASELECT-WATERFORD, LLC,
GRIFFIN CAPITAL MANAGEMENT LLC,
GRIFFIN ASSET MANAGEMENT LLC,
MICHAEL GRIFFIN, and
MARCUM LLP,

                    Defendants.

---------------------------------------------------------------X

Case No. 7:26-cv-01513 (PMH)

**FEDERAL RULE 7.1**

**CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants HASelect-Waterford LLC, Griffin Capital Management LLC, and Griffin Asset Management LLC submit the following Corporate Disclosure Statement:  No publicly held corporation owns 10% or more of the stock of either HASelect-Waterford LLC, Griffin Capital Management LLC, or Griffin Asset Management LLC.

Dated: June 2, 2026
     New York, NY

By:   _____
     Kevin J. Lennon, Esq.
     LENNON, MURPHY & PHILLIPS, LLC
     The Graybar Building
     420 Lexington Ave., Suite 300
     New York, New York 10170
     Phone: (212) 490-6050
     Fax:   (212) 490-6070
     Email: klennon@lmplaw.net

4937-6979-2690, v. 1

*Attorneys for Defendants*
HASelect-Waterford LLC,
Griffin Capital Management LLC
Griffin Asset Management LLC
Michael Griffin

4937-6979-2690, v. 1