**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CORI-SCHUBERT DE CORI, TRUSTEE OF THE CORI-SCHUBERT DE CORI REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>        v.<br><br>HASELECT-WATERFORD LLC,<br>GRIFFIN CAPITAL MANAGEMENT LLC<br>GRIFFIN ASSET MANAGEMENT LLC,<br>MICHAEL GRIFFIN, and<br>MARCUM LLP,<br><br>Defendants. | **Docket No. Case No. 7:26-cv-01513** |

## <u>ORDER FOR ADMISSION PRO HAC VICE</u>

The motion of Alexander Loftus for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois, and that his contact information is as follows:

Applicant's Name:    Alexander Loftus
Firm Name:             Loftus & Eisenberg, Ltd.
Address:                 181 W. Madison, Suite 4700
City / State / Zip:    Chicago, Illinois 60601
Telephone / Fax:     (312) 899-6625
Email:                    alex@loftusandeisenberg.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Cori-Schubert De Cori Revocable Trust in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                                           United States District / Magistrate Judge