UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CORI-SCHUBERT DE CORI, TRUSTEE OF          :     Case No. 7:26-cv-01513 (PMH)
THE CORI-SCHUBERT DE CORI                  :
REVOCABLE TRUST, individually and on       :
behalf of all others similarly situated,   :
                                           :
                        Plaintiff,         :     **MOTION FOR**
                                           :     **ADMISSION PRO HAC VICE**
                                           :
          v.                               :
                                           :
HASELECT-WATERFORD, LLC,                   :
GRIFFIN CAPITAL MANAGEMENT LLC,            :
GRIFFIN ASSET MANAGEMENT LLC,             :
MICHAEL GRIFFIN, and                       :
MARCUM LLP,                                :
                                           :
                        Defendants.        :
-------------------------------------------------------------------X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern District Courts of New York, Bart K. Larsen hereby moves this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for Defendants HASelect-Waterford LLC,

Griffin Capital Management LLC, Griffin Asset Management LLC and Michael Griffin

("Defendants") in this action.

I am a member in good standing of the bar of the State of Nevada, and there are no pending

disciplinary proceedings against me in any state or federal court. I have never been convicted of

a felony. I have never been censured, suspended, disbarred, or denied admission or readmission

by any court.

This motion is sponsored by Kevin J. Lennon, Esq. of Lennon, Murphy & Phillips, LLC,

who has appeared in this action on behalf of the Defendants and who is admitted to practice before

this Court. Attached hereto as Exhibit 1 is the affidavit of Bart K. Larsen, Esq. pursuant to Local

4906-3328-8885, v. 1

Rule 1.3. Attached hereto as Exhibit 2 is the Certificate of Good Standing from the State Bar of

Nevada is being filed herewith.

Dated: June 17, 2026
        New York, NY

By:  _____

Bart K. Larsen, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 471-7432
Direct: (702) 255-0098
Email: blarsen@shea.law

        and

Kevin J. Lennon, Esq.
LENNON, MURPHY & PHILLIPS, LLC
The Graybar Building
420 Lexington Ave., Suite 300
New York, New York 10170
Phone: (212) 490-6050
Fax:    (212) 490-6070
Email: klennon@lmplaw.net

*Attorneys for the Defendants*
HASelect-Waterford LLC
Griffin Capital Management LLC
Griffin Asset Management LLC
Michael Griffin

## CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of June, 2026, I caused a true and correct copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE to be filed electronically with the Clerk of the Court using the CM/ECF system.

Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record who are registered ECF users, and such filing constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5.2.

Alexander Loftus, Esq.
Loftus & Eisenberg, Ltd.
181 W. Madison, Suite 4700
Chicago, IL 60601
alex@loftusandeisenberg.com

Christopher J. Gray, Esq.
Law Office of Christopher J. Gray, P.C.
60 East 42nd Street, 46th Floor
New York, NY 10165
gray@cjgraylaw.com

*Attorneys for the Plaintiff*

Gregory Gil Ballard, Esq.
Priyadarshini Das, Esq.
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
greg.ballard@dechert.com
priyadarshini.das@dechert.com

*Attorneys for the Defendant*
MARCUM LLP

*/s/ Kevin J. Lennon*
Kevin J. Lennon

4906-3328-8885, v. 1