# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | | |
|---|---|---|
| CORI-SCHUBERT DE CORI, TRUSTEE OF THE CORI-SCHUBERT DE CORI REVOCABLE TRUST, individually and on behalf of all others similarly situated, | : : : : : | Case No. 7:26-cv-01513 (PMH) |

**CORI-SCHUBERT DE CORI, TRUSTEE OF THE CORI-SCHUBERT DE CORI REVOCABLE TRUST, individually and on behalf of all others similarly situated,**

        Plaintiff,

   v.

HASELECT-WATERFORD, LLC,
GRIFFIN CAPITAL MANAGEMENT LLC,
GRIFFIN ASSET MANAGEMENT LLC,
MICHAEL GRIFFIN, and
MARCUM LLP,

        Defendants.

Case No. 7:26-cv-01513 (PMH)

**AFFIDAVIT OF
BART K. LARSEN, ESQ.
IN SUPPORT OF
MOTION FOR
ADMISSION PRO HAC VICE**

-----------------------------------------------------------------X

Bart K. Larsen, Esq., having been duly sworn, deposes and says the following:

1.  I am an attorney at law duly admitted to practice in the State of Nevada. I submit this affidavit in support of my motion for admission practice before the United States District Court for the Southern District of New York, *pro hac vice*, in this action.

2.  I am a member in good standing of the bar of the State of Nevada. *See copy of Certificate of Good Standing from State Bar of Nevada attached as Exhibit 2 to Motion for Admission Pro Hac Vice.*

3.  I am a partner in the law firm of Shea Larsen PC, 1731 Village Center Circle, Suite 150, Las Vegas, Nevada 89134 and my email address is blarsen@shea.law.

4.  I have never been convicted of a felony.

5.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.  There are no disciplinary proceedings presently pending against me in any state or

4902-2545-9125, v. 1

federal court.

7.      I am fully familiar with the facts and circumstances of this action and am prepared to appear as counsel for the Defendants HASelect-Waterford LLC, Griffin Capital Management LLC, Griffin Asset Management LLC, and Michael Griffin ("Defendants").

8.      The motion for admission pro hac vice is sponsored by is sponsored by Kevin J. Lennon, Esq. of Lennon, Murphy & Phillips, LLC, who has appeared in this action on behalf of the aforementioned Defendants and who is admitted to practice before this Court.

Dated: June 17, 2026
      Las Vegas, NV



_____
BART K. LARSEN, ESQ.

Sworn to and subscribed before me
this 17th day of June, 2026

_____
NOTARY PUBLIC

KELLY L. EASTON
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 18-2198-1
MY APPT. EXPIRES APRIL 06, 2030

4902-2545-9125, v. 1