UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CORI-SCHUBERT DE CORI, TRUSTEE OF    :
THE CORI-SCHUBERT DE CORI    :
REVOCABLE TRUST, individually and on    :
behalf of all others similarly situated,    :

               Plaintiff,    :

         v.    :

HASELECT-WATERFORD, LLC,    :
GRIFFIN CAPITAL MANAGEMENT LLC,    :
GRIFFIN ASSET MANAGEMENT LLC,    :
MICHAEL GRIFFIN, and    :
MARCUM LLP,    :

               Defendants.    :

------------------------------------------------------------------X

Case No. 7:26-cv-01513 (PMH)

[PROPOSED]
**ORDER ON
MOTION FOR
ADMISSION PRO HAC VICE**

The motion of Bart K. Larsen, Esq. ("Applicant") for admission to practice Pro Hac Vice in the above-captioned action is hereby GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Nevada, and that his contact information is as follows:

Applicant's Name:    Bart K. Larsen, Esq.
Firm Name:    Shea Larsen
Address:    1731 Village Center Circle, Suite 150
City / State / Zip:    Las Vegas, Nevada 89134
Telephone:    (702) 471-7432 / (702) 255-0098
Email:    blarsen@shea.law

Applicant having moved for admission Pro Hac Vice to appear for all purposes as counsel for Defendants HASelect-Waterford LLC, Griffin Capital Management LLC, Griffin Asset Management LLC and Michael Griffin in the above-entitled action

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 18, 2026

                           United States District / ~~Magistrate~~ Judge

4925-4890-7445, v. 1