UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
CORI-SCHUBERT DE CORI, TRUSTEE OF    :    Case No. 7:26-cv-01513 (PMH)
THE CORI-SCHUBERT DE CORI    :
REVOCABLE TRUST, individually and on    :
behalf of all others similarly situated,    :
                                                                   :
                              Plaintiff,    :
                                                                   :
            v.    :
                                                                   :
HASELECT-WATERFORD, LLC,    :
GRIFFIN CAPITAL MANAGEMENT LLC,    :
GRIFFIN ASSET MANAGEMENT LLC,    :
MICHAEL GRIFFIN, and    :
MARCUM LLP,    :
                                                                   :
                              Defendants.    :
--------------------------------------------------------------X

## NOTICE OF APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT:

I am admitted pro hac vice to practice in this Court as per the Court's Order dated June 18, 2026 (EFC No. 29).   I appear in this case as counsel for the following Defendants: HASELECT-WATERFORD, LLC; GRIFFIN CAPITAL MANAGEMENT LLC; GRIFFIN ASSET MANAGEMENT LLC; and MICHAEL GRIFFIN.

I am in good standing with the Bar of the State of Nevada.

Dated: July 7, 2026

                                        By:

                                              /s/ *Bart K. Larsen, Esq.*
                                              Bart K. Larsen, Esq.
                                              SHEA LARSEN
                                              1731 Village Center Circle, Suite 150
                                              Las Vegas, Nevada 89134
                                              Phone: (702) 471-7432
                                              Direct: (702) 255-0098
                                              Email: blarsen@shea.law

4912-3846-9302, v. 1

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that on this 18th day of June, 2026, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically with the Clerk of the Court using the CM/ECF system.

Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record who are registered ECF users, and such filing constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5.2.

Alexander Loftus, Esq.
Loftus & Eisenberg, Ltd.
181 W. Madison, Suite 4700
Chicago, IL 60601
alex@loftusandeisenberg.com

Christopher J. Gray, Esq.
Law Office of Christopher J. Gray, P.C.
60 East 42nd Street, 46th Floor
New York, NY 10165
gray@cjgraylaw.com

*Attorneys for the Plaintiff*

Gregory Gil Ballard, Esq.
Priyadarshini Das, Esq.
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
greg.ballard@dechert.com
priyadarshini.das@dechert.com

*Attorneys for the Defendant*
MARCUM LLP

/s/ *Bart K. Larsen*
Bart K. Larsen

4912-3846-9302, v. 1