**SHEA LARSEN**

Bart K. Larsen, Esq.
blarsen@shea.law

July 20, 2026

*Via ECF*

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **Re:   *Cori-Schubert De Cori v. HASelect-Waterford, LLC, et al.,* Case No. 7:26-cv-01513**

Dear Judge Halpern:

    I am counsel for HASelect Waterford, LLC, Griffin Capital Management LLC, Griffin Asset Management, LLC, and Michael Griffin (collectively, the "Griffin Defendants"). Based on our discussions during the June 22, 2026 conference, the Griffin Defendants have elected not to file a motion to dismiss at this time. Accordingly, the Griffin Defendants will file their answer to the Complaint on or before August 3, 2026.

Sincerely,

Bart K. Larsen, Esq.

cc:    All counsel of record (via ECF)

1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
