**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CORI-SCHUBERT DE CORI, TRUSTEE OF THE CORI-SCHUBERT DE CORI REVOCABLE TRUST, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HASELECT-WATERFORD LLC, GRIFFIN CAPITAL MANAGEMENT LLC, GRIFFIN ASSET MANAGEMENT LLC, MICHAEL GRIFFIN, AND MARCUM LLP,<br><br>Defendants. | **NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>Civil Action No. 7:26-cv-01513 |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Gregory G. Ballard, the attached exhibits, and the accompanying Memorandum of Law in Support of the Defendant's Motion to Dismiss the Complaint; and upon all prior pleadings and proceedings, Defendant Marcum LLP will move this Court before the Honorable Philip M Halpern at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint with prejudice, and for such further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that papers opposing this motion are to be served on or before August 17, 2026, and reply papers are to be served on or before September 8, 2026.

Dated: July 20, 2026
New York, New York

Respectfully submitted,

DECHERT LLP
Gregory G. Ballard
Priyadarshini Das
1095 Avenue of the Americas
New York, New York 10036
+1 (212) 698-3540
greg.ballard@dechert.com
priyadarshini.das@dechert.com

*Attorneys for Defendant Marcum LLP*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served via email upon the individuals on this 20th day of July, 2026:

Alexander Loftus
Loftus & Eisenberg, Ltd.
181 W Madison, Suite 4700
Chicago, IL 60602
312-899-6625
Email: alex@loftusandeisenberg.com

Christopher J. Gray
Law Office of Christopher J. Gray, P.C.
60 East 42nd Street, 46th Floor
New York, NY 10165
212-838-3221
Email: gray@cjgraylaw.com

*Counsel for Plaintiff*

Bart Kurt Larsen
Shea Larsen
1731 Village Center Circle
Suite 150
Las Vegas, NV 89134
702-472-7432
Email: blarsen@shea.law

Kevin John Lennon
Lennon Murphy & Phillips, LLC
1599 Post Road East
Westport, CT 06880
203-256-8600
Email: klennon@lmplaw.net

*Counsel for Defendants HASelect-Waterford LLC, Griffin Capital Management LLC, Griffin Asset Management LLC, and Michael Griffin*

Priyadarshini Das
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
+1 (212) 698-3540
priyadarshini.das@dechert.com

*Counsel for Defendant Marcum LLP*