DECHERT

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**Greg Ballard**
*Partner*

greg.ballard@dechert.com
+1 212 698 3540 Direct
+1 212 698 3599 Fax

September 8, 2026

**VIA ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re: *Cori-Schubert De Cori v. HASelect-Waterford, LLC, et al.*, Case No. 7:26-cv-01513**

Dear Judge Halpern:

We write on behalf of defendant Marcum LLP ("Marcum") per Rule 4.L. of Your Honor's Individual Practices to respectfully request oral argument on Marcum's Motion to Dismiss, which together with our Reply, is being filed today.

Sincerely,

Gregory G. Ballard

CC: All Counsel of Record (via ECF)