LAW OFFICE OF

Christopher J. Gray, P.C.

One Grand Central Place
60 East 42nd Street, 46th Floor
New York, NY 10165
212.838.3221 VOICE
212.937.3139 FACSIMILE

G

September 30, 2026

**VIA ECF**

Honorable Philip M. Halpern
United States District Judge
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re:** ***Cori-Schubert De Cori v. HASelect-Waterford LLC, et al.*, Case No. 7:26-cv-01513**
**Joint Status Report Regarding the Parties' Rule 26(f) Conference**

Dear Judge Halpern:

We represent Plaintiff in the above-referenced action and respectfully submit this letter jointly on behalf of all parties to report on the parties' discovery conference held pursuant to Federal Rule of Civil Procedure 26(f).

On July 24, 2026, counsel for all parties conferred by telephone. Participating in the conference were Christopher J. Gray and Carah Jones of the Law Office of Christopher J. Gray, P.C. and Alexander Loftus of Loftus & Eisenberg, Ltd. for Plaintiff Cori-Schubert de Cori. Present for Defendants were Priyadarshini Das and Gregory G. Ballard of Dechert for Defendant Marcum LLP, Bart Larsen of Shea Larsen PC and Kevin Lennon of Lennon Murphy & Phillips, LLC for Defendants HASelect-Waterford LLC, Griffin Capital Management LLC, Griffin Asset Management LLC, Michael Griffin,

During the conference, counsel discussed the nature of the parties' claims and defenses, the possibilities for settlement, initial disclosures, and a proposed plan for discovery. The parties reached agreement on the matters set forth below.

**Procedural Posture and Scope of the Proposed Plan**. In light of the current procedural posture of the case, the parties respectfully propose a limited discovery plan at this time, consisting of deadlines for written discovery, with the parties reserving their respective rights to confer further and to propose a supplemental schedule—including a deposition and expert discovery schedule—at a later date.

**Initial Disclosures**. The parties agreed to exchange, and did exchange, the initial disclosures required by Rule 26(a)(1) on or before August 14, 2026.

**Magistrate Judge**. The parties do not consent to proceed before a Magistrate Judge for all purposes.

**Jury Trial**. Plaintiffs have demanded, and reserve their right to, trial by jury.

**Responses to document requests.** The parties agreed that Defendants' responses and objections to Plaintiff's previously-served requests for production of documents would be served on or before August 24, 2026 (and the responses were served).

**Amended Pleadings**. The parties have agreed that a deadline for amended pleadings need not be included in the proposed plan at this time, given the current procedural posture.

**Electronically Stored Information**. The parties discussed the discovery of electronically stored information and have agreed upon a form of ESI Protocol, which the parties intend to submit under separate cover.

**Confidentiality**. The parties have entered into a proposed Stipulated Confidentiality Agreement and Protective Order, which the parties intend to submit under separate cover.

The parties are available at the Court's convenience should Your Honor have any questions or wish to address any of the foregoing.

We thank the Court for its attention to this matter.

Respectfully submitted,

Christopher J. Gray

cc: All counsel of record (via ECF)